# EXHIBIT A



# ⋮⋮NREL
NATIONAL RENEWABLE ENERGY LABORATORY

## U.S. Department of the Treasury
Application for Section 1603 – Payments for Specified Renewable Energy Property in Lieu of Tax Credits

### Application for Section 1603:
Payments for Specified Renewable Energy Property in Lieu of Tax Credits

#### ORIGINAL ANNUAL PERFORMANCE REPORT AND CERTIFICATION

The Annual Performance Report and Certification must be submitted annually, 21 calendar days after the date the property was placed in service, e.g., if the property was placed in service on January 10, 2011, the first report and certification are due January 31, 2012. The report covers a one-year period beginning on the placed in service date. Subsequent reports cover a one-year period beginning on the day after the last day covered by the prior year's report.

The Annual Performance Report and Certification is required on an annual basis for a period of five years after the energy property was placed in service.

Failure to supply the Annual Performance Report and Certification as required by the Terms and Conditions signed under penalty of perjury will result in recapture of the funds received.

**Year: 1 TAN: 2012E45BC064314**

## Section 1 - Disposition of the Property

**1.1. Has the energy property (for example: solar panels, wind turbine) been sold or transferred during this year?**

○ No
○ Yes

## Section 2 - Owner Information (This information is about the current owner of the energy property.)

**2.1 Are changes needed in the information below?**

○ No
● Yes

| Field | Value |
|---|---|
| Business Name: | GUSC ENERGY, INC. |
| Phone: | 315-838-4872 |
| Employer Identification Number (EIN): | 452763695    000000000 |
| DUNS Number: | 039394053    000000000 |
| Website address (optional): | http://www.guscenergy.com |

| Field | Value |
|---|---|
| Street address 1: | 410 PHOENIX DRIVE |
| Street address 2 (optional): | |
| City: | ROME |
| State: | New York |
| Zip code: | 13441 |

**Explain the change(s):**

0

**2.2. Has the entity that owns the energy property or any interest in entity that owns the energy property been sold or transferred?**

○ No
○ Yes

**2.3. Are changes needed in the information below for contacting the current owner?**

○ No
○ Yes

First name: MICHAEL          Last name: DAVIS

Organizational affiliation: PRESIDENT, GUSC ENERGY, INC.   E-mail address: mdavis@guscenergy.com

Phone: 315-727-7477          Fax: 315-838-4877

**2.4 Has the owner of the energy property filed for bankruptcy?**

○ No
○ Yes

## Section 3 – Property Information

**3.1. Has a tax credit (section 45 or 48 of the Internal Revenue Code) been claimed for this energy property? (This does not mean the 1603 payment.)**

○ No
○ Yes

**3.2. Was the energy property located outside of the United States except as described in section 168(g)(4) of the IRC?**

○ No
○ Yes

**3.2.1 Has the use of the energy property changed from the description in the application such that it is no longer used in a trade or business or held for the production of income? (i.e. no longer subject to depreciation or amortization in lieu of depreciation.)**

○ No
○ Yes

**3.3. Has the name of the project changed from the one shown below?**

○ No
○ Yes

Project Name:

GUSC ENERGY OPEN-LOOP BIOMASS PROJECT

**3,4. Has the location of the energy property changed from the location shown below?**

○ No
◉ Yes

Street Address 1: 655 ELLSWORTH RD

Street Address 2 (optional):

State: New York ▼    *City: ROME

*County: ONEIDA

Zip Code: 13441    00000[-0000]

## Section 4 – Energy Production

**4.0 Has the energy property, as of the date of this report, stopped producing energy?**

○ No
◉ Yes

**4.0.1 Are any actions being taken to cause the energy property to resume producing energy?**

○ No
◉ Yes

**Describe actions being taken to cause the energy property to resume producing energy:**

The facility is not currently operating for two reasons: 1) The EPC contractor responsible for the plant design/build is currently reviewing a problem that has resulted in excessive forces being applied on the exit flange of the steam turbine during operation. The measured forces are many times the allowable limits and it appears that a rework of the outlet piping will be required. The review is ongoing, but it is hopeful that this issue will be resolved within the next 2 to 3 months. 2) GUSC Energy is not currently able to secure sufficient fuel at a price that would allow for economic dispatch of the unit. GUSC is actively seeking relief and expects to secure additional sources within the next 6 to 7 months. GUSC Energy intends to restart operations as soon as these two problems are resolved.

Limit to 1,000 characters

**4.1. Annual Production** — Enter the actual annual production in the past year of the energy property in kilowatt hours, MMBTUs, or horsepower, as applicable. NOTE: Leave blank for solar thermal (less than 0.1 MMBTU/hr), solar lighting, or geothermal heat pump.

| Electrical | Mechanical | Thermal |
|---|---|---|

Annual production: 2230020    kWh         ○ kW ○ hp ○ MMBTU    135653    MMBTU

**4.1.1. Is this year's annual production less than the estimated annual production entered in section 4D of the application?**

○ No
◉ Yes

**Explain the reduced annual production this year:**

First year of operation included a problem with a high vibration issue associated with the generator, several issues with safety relief valves and a faulty throttle on the steam turbine. The result was throttled operation, inefficient turbine generator operation, forced outages and reduced electrical output. The turbine generation meter was also an issue. The generator was replaced and the problem with the turbine was repaired. Other system upgrades/changes were also made including calibration of a faulty electric generation meter. See section 4.2.

Limit to 1,000 characters

**4.1.2. Has any "unit of property" been replaced or permanently ceased to produce energy? For purposes of this question a "unit of property" for a wind farm is a single electricity-generating wind turbine, its tower, and its supporting pad. For solar property, if this TAN included solar installations on different buildings (for example multiple buildings on a college campus or at an apartment complex) or at different locations, each solar installation is a unit of property.**

○ No
○ Yes

**4.2. Have there been any interruptions in production during the year, other than routine maintenance?**

○ No
● Yes

**Provide dates and explanation:**

This was the first year of operation. A number of problems were encountered that resulted in boiler or turbine outage events which in-turn affected energy output. The more significant of these is listed below. Outages lasted from several hours to several days.
• Multiple turbine trips in November, December, and April due to high vibration alarms.
• Fuel feed issues associated with conveyor icing in December and January.
• Boiler safety valve replacements in March.
• Generator was replaced in May 2014 because of ongoing high vibration issues and turbine outages.
• Testing in April 2014 revealed that turbine outlet flange forces and moments are exceeding OEM specifications. GUSC Energy is working with EPC contractor to redesign and install piping system repair to address the issue.

Limit to 1,000 characters

**4.3. Attach supporting documentation that provides evidence of annual production** — Examples of supporting documentation are: a statement of the annual metered net electric energy generated during the year by the specified energy property, operation logs showing energy production, utility bills verifying energy production, a comparison with previous year's electric bills.

Attached is supporting documentation that provides evidence of annual production:

ACCEPTED FILE TYPES: Office (doc, docx, xls, xlsx), comma separated value (csv), Adobe Portable Document Format (pdf), and plain text (txt) formats. Limit total size of all files to 100 MB or less.
**If you require more uploads than this form provides, supplement these with the "Add/Modify Supporting Documentation" function under the Application Package Control Panel for this application when finished.**

**4.5. Specific Performance Measures** — Answer according to the year covered by this report:
● Biomass (open loop, cellulosic) If a portion of the fuel is not open-loop biomass of this type, give the percentage of fuel, on an annual basis, that is

open-loop biomass of this type: 100 %.

## Section 5 - Certification and Signature of Owner/Preparer

I certify, under penalty of perjury, that the energy property has not been disposed of to a disqualified person that the property continues to qualify as specified energy property, and that a tax credit (Section 45 or 48 of the Internal Revenue Code) has not been claimed and declare that all of the information provided is true correct and complete.   Further, I agree the information contained in this report can be disclosed to the Internal Revenue Service.

First Name: MICHAEL

Last Name: DAVIS

Title: PRESIDENT, GUSC ENERGY, INC.

Phone: 315-727-7477

Email: mdavis@guscenergy.com

Signature (enter your password): ********

Entering your password has the same legal effect as your handwritten signature.

NOTE: We strongly suggest that you print this form prior to submitting

The National Renewable Energy Laboratory is providing technical assistance for Section 1603 applications on behalf of the U.S. Treasury Department

NREL is a national laboratory of the U.S. Department of Energy, Office of Energy Efficiency and Renewable Energy, operated by the Alliance for Sustainable Energy, LLC

Content Last Updated: February 12, 2010
Version: 16.02.11.0  20100211141200

# EXHIBIT B



**∷NREL**
NATIONAL RENEWABLE ENERGY LABORATORY

# U.S. Department of the Treasury
Application for Section 1603 - Payments for Specified Renewable Energy Property in Lieu of Tax Credits

## Application for Section 1603:
### Payments for Specified Renewable Energy Property in Lieu of Tax Credits

#### ORIGINAL ANNUAL PERFORMANCE REPORT AND CERTIFICATION

The Annual Performance Report and Certification must be submitted annually, 21 calendar days after the date the property was placed in service, e.g., if the property was placed in service on January 10, 2011, the first report and certification are due January 31, 2012. The report covers a one-year period beginning on the placed in service date. Subsequent reports cover a one-year period beginning on the day after the last day covered by the prior year's report.

The Annual Performance Report and Certification is required on an annual basis for a period of five years after the energy property was placed in service.

Failure to supply the Annual Performance Report and Certification as required by the Terms and Conditions signed under penalty of perjury will result in recapture of the funds received.

**Year: 2 TAN: 2012E45BC064314**

---

## Section 1 - Disposition of the Property

**1.1. Has the energy property (for example: solar panels, wind turbine) been sold or transferred during this year?**

◉ No
○ Yes

---

## Section 2 - Owner Information (This information is about the current owner of the energy property.)

**2.1 Are changes needed in the information below?**

◉ No
○ Yes

| | | |
|---|---|---|
| Business Name: | GUSC ENERGY, INC. | Street address 1: | 410 PHOENIX DRIVE |
| Phone: | 315-838-4872 | Street address 2 (optional): | |
| Employer Identification Number (EIN): | 452763695 | 000000000 | City: | ROME |
| DUNS Number: | 039394053 | 000000000 | State: | New York |
| Website address (optional): | http://www.guscenergy.com | Zip code: | 13441 |

**2.2. Has the entity that owns the energy property or any interest in entity that owns the energy property been sold or transferred?**

◉ No
○ Yes

**2.3. Are changes needed in the information below for contacting the current owner?**

◉ No
○ Yes

| First name: | MICHAEL | | Last name: | DAVIS |
| Organizational affiliation: | PRESIDENT, GUSC ENERGY, INC. | | E-mail address: | mdavis@guscenergy.com |
| Phone: | 315-727-7477 | | Fax: | 315-838-4877 |

**2.4 Has the owner of the energy property filed for bankruptcy?**

◉ No
○ Yes

# Section 3 - Property Information

**3.1. Has a tax credit (section 45 or 48 of the Internal Revenue Code) been claimed for this energy property? (This does not mean the 1603 payment.)**

◉ No
○ Yes

**3.2. Was the energy property located outside of the United States except as described in section 168(g)(4) of the IRC?**

◉ No
○ Yes

**3.2.1 Has the use of the energy property changed from the description in the application such that it is no longer used in a trade or business or held for the production of income? (i.e. no longer subject to depreciation or amortization in lieu of depreciation.)**

◉ No
○ Yes

**3.3. Has the name of the project changed from the one shown below?**

◉ No
○ Yes

Project Name:

GUSC ENERGY OPEN-LOOP BIOMASS PROJECT

**3.4. Has the location of the energy property changed from the location shown below?**

No
○ Yes

Street Address 1: | 655 ELLSWORTH RD          *City: | ROME

Street Address 2 (optional):                         *County: | ONEIDA

State: | New York  ▼          Zip Code: | 13441          00000[-0000]

## Section 4 – Energy Production

**4.0 Has the energy property, as of the date of this report, stopped producing energy?**
○ No
◉ Yes

**4.0.1 Are any actions being taken to cause the energy property to resume producing energy?**
○ No
◉ Yes

**Describe actions being taken to cause the energy property to resume producing energy:**

The facility is not currently operating since GUSC Energy is not currently able to secure sufficient fuel at a price that would allow for economic dispatch of the unit. Natural gas prices are at near record lows in the area and have driven down energy prices well below forecasted levels. Correspondingly, biomass fuel must be procured at prices below what was original forecast to be competitive. GUSC Energy is actively seeking relief by identifying ways to procure biomass fuels at lower prices. GUSC Energy will restart operations as soon as this issue is resolved.

Limit to 1,000 characters

**4.1. Annual Production** — Enter the actual annual production in the past year of the energy property in kilowatt hours, MMBTUs, or horsepower, as applicable. NOTE: Leave blank for solar thermal (less than 0.1 MMBTU/hr), solar lighting, or geothermal heat pump.

| Electrical | Mechanical | | | Thermal | |
|---|---|---|---|---|---|
| Annual production: 0   kWh | 0   ○ kW ○ hp ○ MMBTU/hr | | | 0   MMBTU | |

**The actual production and estimated annual production (entered in section 4D of the application) differ. Explain the difference:**

See response to section 4.0.1

Limit to 1,000 characters

**4.1.1. Is this year's annual production less than the estimated annual production entered in section 4D of the application?**
○ No
◉ Yes

**Explain the reduced annual production this year:**

The unit is not economically dispatchable.

Limit to 1,000 characters

**4.1.2. Has any "unit of property" been replaced or permanently ceased to produce energy? For purposes of this question a "unit of property" for a wind farm is a single electricity-generating wind turbine, its tower, and its supporting pad. For solar property, if this TAN included solar installations on different buildings (for example multiple buildings on a college campus or at an apartment complex) or at different locations, each solar installation is a unit of property.**

⦿ No
◯ Yes

**4.2. Have there been any interruptions in production during the year, other than routine maintenance?**

⦿ No
◯ Yes

**4.3. Attach supporting documentation that provides evidence of annual production** — Examples of supporting documentation are: a statement of the annual metered net electric energy generated during the year by the specified energy property, operation logs showing energy production, utility bills verifying energy production, a comparison with previous year's electric bills.

Attached is supporting documentation that provides evidence of annual production:

ACCEPTED FILE TYPES: Office (doc, docx, xls, xlsx), comma separated value (csv), Adobe Portable Document Format (pdf), and plain text (txt) formats. Limit total size of all files to 100 MB or less.
**If you require more uploads than this form provides, supplement these with the "Add/Modify Supporting Documentation" function under the Application Package Control Panel for this application when finished.**

**4.5. Specific Performance Measures** — Answer according to the year covered by this report:
⦿ Biomass (open loop, cellulosic) If a portion of the fuel is not open-loop biomass of this type, give the percentage of fuel, on an annual basis, that is open-loop biomass of this type: [ 100 ]%.

## Section 5 – Certification and Signature of Owner/Preparer

I certify, under penalty of perjury, that the energy property has not been disposed of to a disqualified person that the property continues to qualify as specified energy property, and that a tax credit (Section 45 or 48 of the Internal Revenue Code) has not been claimed and declare that all of the information provided is true correct and complete.   Further, I agree the information contained in this report can be disclosed to the Internal Revenue Service.

First Name: | MICHAEL | Last Name: | DAVIS

Title: | PRESIDENT, GUSC ENERGY, INC.

Email: | mdavis@guscenergy.com | Phone: | 315-727-7477

Signature (enter your password): | ********

Entering your password has the same legal effect as your handwritten signature.

NOTE: We strongly suggest that you print this form prior to submitting

The National Renewable Energy Laboratory is providing technical assistance for Section 1603 applications on behalf of the U.S. Treasury Department

NREL is a national laboratory of the U.S. Department of Energy, Office of Energy Efficiency and Renewable Energy, operated by the Alliance for Sustainable Energy, LLC

Content Last Updated: February 12, 2016
Version: 16.02.11.0 20160211-H1300

# EXHIBIT C

1              UNITED STATES  DISTRICT COURT

2                   FEDERAL CLAIMS

3    ------------------------------------------------

4    GUSC ENERGY, INC.,

5                        Plaintiff,

6

7         vs.                    Index No. 14-1228-T

8    UNITED STATES OF AMERICA,

9

10                       Defendant.

11   ------------------------------------------------

12

13        Examination Before Trial of DANIEL L. MANEEN,

14   taken at the United States Attorney's Office, James

15   Hanley Federal Building, Ninth Floor, 100 Clinton

16   Street, Syracuse, New York, before Anne M. Messineo,

17   Registered Professional Reporter and Notary Public in

18   and for the State of New York on the 18th day December

19   2015.

20

21

22

23

24

25

1                          I N D E X

2

3     WITNESS:                          Pages

4     DANIEL L. MANEEN

5         By Mr. Selmont           5 - 181, 186 - 187

6         By Mr. Jacobs           182 - 186

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1     *Maneen - Selmont*

2        A.   No.

3        Q.   Has the plant been operational during most of

4     the past two years?

5        A.   No.

6        Q.   Can you tell me more about that?

7        A.   Sure.  It's -- again, it's economics.  And as I

8     mentioned earlier, the cost of wood chips at 3.50 a

9     decatherm is substantially higher than what we

10    purchase gas for -- GUSC purchases gas for, which the

11    month of -- $2 a decatherm, so you go back to the

12    mission statement of providing the most economical

13    fuel choice.  We are running natural gas, and the

14    biomass system economics in 2014 dictated the biomass

15    system, and in 2015 it's natural gas.

16       Q.   And do you know when -- let me take a step

17    back.  Is the biomass facility operating currently?

18       A.   No.

19       Q.   At what point was it shutdown?

20       A.   I have to go back and look exactly.  I'm not

21    hundred percent sure.  It didn't start-up -- I don't

22    believe it started up last heating season, but I have

23    to go back and look to be sure.

24       Q.   Did it operate throughout the heating season

25    that ended in May or so of 2014?

*Maneen - Selmont*

1

2      A.   I think -- yes, it did.  It operated through

3    heating season 2014.

4      Q.   Through that heating season was it ever shut

5    down?

6      A.   No.  That's when, again, because wood chips

7    were economical at that point and it was a first-year

8    start-up.

9      Q.   Do you know the date in 2014 when it was shut

10   down?

11     A.   Again, first or second week in May I would

12   think.

13     Q.   Since that shut down, it has not been

14   restarted; is that correct?

15     A.   It has not been necessary.  It's ready to go.

16   It's just a matter of it's more economical to run

17   natural gas on the older system.

18     Q.   Okay.  So no power, no electricity, nor any

19   steam has been produced in the new biomass facility

20   since May of 2014?

21     A.   Correct.

22     Q.   Okay.

23     A.   Just let me clarify, though.

24     Q.   Sure.

25     A.   It is ready, it is available, and if wood chips

1    *Maneen - Selmont*

2    were a dollar a decatherm, we would be running it.

3        Q.    Okay.   When did you make the decision not to

4    restart the biomass facility for the following heating

5    season after it was shut down?

6        A.    When natural gas prices tanked.

7        Q.    And do you know when that was?

8        A.    Probably had to be the Fall of 2014.   I think

9    that's when we saw the precipitous fall of gas through

10   various ranges.

11       Q.    Just to clarify, the -- after you shut down the

12   facility in May of 2014, did you have to do anything

13   else other than your normal laid-up procedures since

14   you weren't going to be restarting it that following

15   winter season, heating season?

16       A.    As I mentioned earlier, we did have to replace

17   the generator --

18       Q.    Uh-huh.

19       A.    -- uhm, as a warranty, and we did that in June,

20   and we did run the system in June to make sure the

21   generator operated, but that was just for about three

22   weeks, and then we shut it down again.

23       Q.    And when it was operating, did it produce

24   electricity?

25       A.    Yup.

*Maneen - Selmont*

Q.   And what did you do with that electricity?

A.   Goes in -- goes to the -- into the mix with the rest of our electricity.

Q.   And other than that replacement of the generator, is there any other type of maintenance you have done since June of 2014 to the present?

A.   Yeah.  The normal maintenance is to run the conveyors weekly, you know, take any rotating components and make sure that they do not set up so you tip the conveyors -- I'm sorry, you tip the truck tipper.  You exercise all the hydraulics.  There's various things, weekly and monthly things you do to make sure your system is ready to run when you want to run it.

Q.   And where does the power come to do that?

A.   Uhm, from Griffiss Utility Services.  They sell power to GUSC Energy.

Q.   Other than moving and making sure that the turbine is still moving around to prevent any type of issues with it or that the truck -- tipping the truck --

A.   Tipper.

Q.   -- tipper and running the conveyor, are there any other types of -- general types of things that you

1        *Maneen - Selmont*

2    do?

3        A.   No.   I think that covers it.

4        Q.   All right.   Is the equipment for the biomass

5    plant still there?

6        A.   Yes.

7        Q.   Have any of the pieces of the biomass plant

8    been removed?

9        A.   No.

10       Q.   If you were to decide to sell the plant, could

11   you take the plant apart and sell it piece by piece?

12       A.   I don't see why not.   It was built piece by

13   piece.

14       Q.   Is that economically feasible to do?   For

15   example, would someone buy a used generator?

16           MR. JACOBS:   Objection.   Speculation.   You

17      can answer the question.   Go ahead.

18       A.   It's probably the same thing as when you drive

19   a car out of the showroom, are you going to turn

20   around and sell it to somebody else?   It's a used car.

21   Would it be feasible or economical?   I would think

22   not, but just speculation.

23       Q.   Okay.   Does GUSC Energy plan on restarting the

24   plant?

25       A.   Yes.

1         *Maneen - Selmont*

2         Q.    When?

3         A.    When it's economically feasible, and if we had

4    our grant in full, we probably would run it.

5         Q.    Have you done any forecasting to determine when

6    it might be economically feasible to do so, to restart

7    the biomass plant?

8         A.    Yes and no.  Again, it's dependent on natural

9    gas prices or other extenuating circumstances.  For

10   example, if our Government customers said, look, I

11   need green energy to survive, we would start it up

12   regardless of how much it cost.

13        Q.    Why would a Government entity, Government

14   customer need green energy to survive?

15        A.    For example, BRAC process in 2017, which is

16   going to be the case, at least I believe that's the

17   case, and our Air Force friends came to us and said,

18   we need green energy to put us above our competition,

19   we would make that decision to operate for that

20   reason, regardless of what it would cost in difference

21   in fuel.

22             Again, it would be -- it would be an intrinsic

23   reason, not an economic reason.  Right now we're

24   operating with the gas because it's economically

25   feasible.

1        *Maneen - Selmont*

2        Q.   Uh-huh.   Okay.   Do you expect biomass fuel

3    prices to go down?

4        A.   I expect them -- should they go down, yes.

5    Will they go down, probably not.

6        Q.   Do you expect natural gas prices to increase?

7        A.   Yes.

8        Q.   In what timeframe?

9        A.   I guess if I could tell you, I probably

10   wouldn't be sitting here.   If you look at the natural

11   gas futures, as you go out, you have a market that

12   rises with history.   You know, the further you go out,

13   the higher the prices get.   There is a point on the

14   curve where you do get to be economical, but that

15   continually moves.

16        So again, I can't tell where the gas markets

17   are going to be in a year or two years.   If something

18   happens, for example, they ban hydrofracking in West

19   Virginia and Pennsylvania and Ohio, natural gas prices

20   would go to $20 a decatherm.   Certainly we would be

21   burning biomass all day.

22        Q.   Okay.

23        A.   But again, it's purely speculation in the

24   markets that I have no control over.

25        Q.   Has either GUSC or GUSC Energy entered into any

1    *Maneen - Selmont*

2    forwards or futures contracts for the price of either

3    natural gas or biomass fuel?

4        A.   GUSC Energy, no.  Griffiss Utility Services,

5    yes.

6        Q.   And what types of contracts did you enter into?

7        A.   I have a contract -- Griffiss Utilities has a

8    contract through -- I think it's through April of 2016

9    and that's at --

10       Q.   Is it a forward or a future?

11       A.   It's a future.

12       Q.   And what will happen if -- I'm sorry.  Future

13   on natural gas?

14       A.   Correct.

15       Q.   And what happens if -- do you know what the --

16   what the target price is, for lack of a better term?

17       A.   What Griffiss Utilities has now is the bases

18   locked up, which is the transportation-type scenario.

19   Then you just match the physical -- either hit the

20   price prior to expiration or you get the expiration

21   price.  Right now I didn't look at the numbers.  I

22   don't have my phone.  They took my phone.  I believe

23   it was in the high -- in the low two-dollar ranges, by

24   April, I think.  Again, as of yesterday was -- January

25   was 1.70.  As you went out, it kind of rose up.  I

*Maneen - Selmont*

think it got to April little over two, I believe.

Q.   That's $2 a decatherm?

A.   A decatherm.

Q.   Is that the only future contract you entered

into -- GUSC has entered into?

A.   Yes.   Now we have -- Griffiss Utility Services

has electric contracts that are special contracts from

the State of New York called Recharge New York, which

is a fixed price, low price for a certain amount of

our quantities, so that would be equivalent to a

fixed-price contract, if everything else is market

based.

Q.   Do you currently have a supplier for biomass

fuel?

A.   We have a main supplier, and he subs to a bunch

of different folks.

Q.   And who is that?

A.   Kevin Regan.   I think it's Regan Logging.

          MR. SELMONT:   Can we mark this as a new

      exhibit.

      (Whereupon, Exhibit No. 6 marked for

      identification.)

Q.   Do you know what this document is?

A.   Yes, I do.

*Maneen - Selmont*

## C E R T I F I C A T I O N

I, Anne M. Messineo, Registered Professional Reporter and Notary Public in and for the State of New York, DO HEREBY CERTIFY that I attended the foregoing proceeding, took stenographic notes of the same, and that the foregoing, consisting of 187 pages, is a true and correct copy of the same and the whole thereof.

I further certify that the witness requests to review said transcript;

I further certify that I am not an attorney or counsel of any parties, nor a relative or employee of any attorney or counsel connected with this action, nor financially interested in same.

Anne M. Messineo, RPR

DATED:   January 4, 2015.