# Exhibit A

UNITED STATES DISTRICT COURT

FEDERAL CLAIMS

------------------------------------------------------------

GUSC ENERGY, INC.,

        Plaintiff,

vs.                  Index No. 14-1228-T

UNITED STATES OF AMERICA,

        Defendant.

------------------------------------------------------------

        Examination Before Trial of DANIEL L. MANEEN, taken at the United States Attorney's Office, James Hanley Federal Building, Ninth Floor, 100 Clinton Street, Syracuse, New York, before Anne M. Messineo, Registered Professional Reporter and Notary Public in and for the State of New York on the 18th day December 2015.

```
 1    A P P E A R A N C E S:

 2
         For the Plaintiff:    HUNTON & WILLIAMS
 3                             2200 Pennsylvania Ave. NW
                               Washington, DC  20037
 4                             BY: TIMOTHY L. JACOBS, ESQ.

 5
         For the Defendant:    U.S. DEPARTMENT OF JUSTICE
 6                             Tax Division
                               Court of Federal Claims
 7                             P.O. Box 26
                               Washington, DC  20044
 8                             BY: JASON S. SELMONT, ESQ.
                               jason.s.selmont@usdog.gov
 9

10       Via Telephone:        Courtney M. Hutson, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1        I N D E X

2

3    WITNESS:                              Pages

4    DANIEL L. MANEEN

5         By Mr. Selmont                   5 - 181, 186 - 187

6         By Mr. Jacobs                    182 - 186

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      Maneen - Selmont
2      A.    No.
3      Q.    Has the plant been operational during most of
4   the past two years?
5      A.    No.
6      Q.    Can you tell me more about that?
7      A.    Sure.  It's -- again, it's economics.  And as I
8   mentioned earlier, the cost of wood chips at 3.50 a
9   decatherm is substantially higher than what we
10  purchase gas for -- GUSC purchases gas for, which the
11  month of -- $2 a decatherm, so you go back to the
12  mission statement of providing the most economical
13  fuel choice.  We are running natural gas, and the
14  biomass system economics in 2014 dictated the biomass
15  system, and in 2015 it's natural gas.
16     Q.    And do you know when -- let me take a step
17  back.  Is the biomass facility operating currently?
18     A.    No.
19     Q.    At what point was it shutdown?
20     A.    I have to go back and look exactly.  I'm not
21  hundred percent sure.  It didn't start-up -- I don't
22  believe it started up last heating season, but I have
23  to go back and look to be sure.
24     Q.    Did it operate throughout the heating season
25  that ended in May or so of 2014?

Maneen - Selmont

    A.   I think -- yes, it did. It operated through heating season 2014.

    Q.   Through that heating season was it ever shut down?

    A.   No. That's when, again, because wood chips were economical at that point and it was a first-year start-up.

    Q.   Do you know the date in 2014 when it was shut down?

    A.   Again, first or second week in May I would think.

    Q.   Since that shut down, it has not been restarted; is that correct?

    A.   It has not been necessary. It's ready to go. It's just a matter of it's more economical to run natural gas on the older system.

    Q.   Okay. So no power, no electricity, nor any steam has been produced in the new biomass facility since May of 2014?

    A.   Correct.

    Q.   Okay.

    A.   Just let me clarify, though.

    Q.   Sure.

    A.   It is ready, it is available, and if wood chips

1    Maneen - Selmont

2    were a dollar a decatherm, we would be running it.

3    Q.    Okay.  When did you make the decision not to

4    restart the biomass facility for the following heating

5    season after it was shut down?

6    A.    When natural gas prices tanked.

7    Q.    And do you know when that was?

8    A.    Probably had to be the Fall of 2014.  I think

9    that's when we saw the precipitous fall of gas through

10   various ranges.

11   Q.    Just to clarify, the -- after you shut down the

12   facility in May of 2014, did you have to do anything

13   else other than your normal laid-up procedures since

14   you weren't going to be restarting it that following

15   winter season, heating season?

16   A.    As I mentioned earlier, we did have to replace

17   the generator --

18   Q.    Uh-huh.

19   A.    -- uhm, as a warranty, and we did that in June,

20   and we did run the system in June to make sure the

21   generator operated, but that was just for about three

22   weeks, and then we shut it down again.

23   Q.    And when it was operating, did it produce

24   electricity?

25   A.    Yup.

1      Maneen - Selmont

2      Q.    And what did you do with that electricity?

3      A.    Goes in -- goes to the -- into the mix with the

4 rest of our electricity.

5      Q.    And other than that replacement of the

6 generator, is there any other type of maintenance you

7 have done since June of 2014 to the present?

8      A.    Yeah.  The normal maintenance is to run the

9 conveyors weekly, you know, take any rotating

10 components and make sure that they do not set up so

11 you tip the conveyors -- I'm sorry, you tip the truck

12 tipper.  You exercise all the hydraulics.  There's

13 various things, weekly and monthly things you do to

14 make sure your system is ready to run when you want to

15 run it.

16     Q.    And where does the power come to do that?

17     A.    Uhm, from Griffiss Utility Services.  They sell

18 power to GUSC Energy.

19     Q.    Other than moving and making sure that the

20 turbine is still moving around to prevent any type of

21 issues with it or that the truck -- tipping the

22 truck --

23     A.    Tipper.

24     Q.    -- tipper and running the conveyor, are there

25 any other types of -- general types of things that you

1   Maneen - Selmont

2   do?

3     A.   No. I think that covers it.

4     Q.   All right. Is the equipment for the biomass

5   plant still there?

6     A.   Yes.

7     Q.   Have any of the pieces of the biomass plant

8   been removed?

9     A.   No.

10    Q.   If you were to decide to sell the plant, could

11  you take the plant apart and sell it piece by piece?

12    A.   I don't see why not. It was built piece by

13  piece.

14    Q.   Is that economically feasible to do? For

15  example, would someone buy a used generator?

16         MR. JACOBS: Objection. Speculation. You

17    can answer the question. Go ahead.

18    A.   It's probably the same thing as when you drive

19  a car out of the showroom, are you going to turn

20  around and sell it to somebody else? It's a used car.

21  Would it be feasible or economical? I would think

22  not, but just speculation.

23    Q.   Okay. Does GUSC Energy plan on restarting the

24  plant?

25    A.   Yes.

1    Maneen - Selmont

2    Q.    When?

3    A.    When it's economically feasible, and if we had
4    our grant in full, we probably would run it.

5    Q.    Have you done any forecasting to determine when
6    it might be economically feasible to do so, to restart
7    the biomass plant?

8    A.    Yes and no.  Again, it's dependent on natural
9    gas prices or other extenuating circumstances.  For
10   example, if our Government customers said, look, I
11   need green energy to survive, we would start it up
12   regardless of how much it cost.

13   Q.    Why would a Government entity, Government
14   customer need green energy to survive?

15   A.    For example, BRAC process in 2017, which is
16   going to be the case, at least I believe that's the
17   case, and our Air Force friends came to us and said,
18   we need green energy to put us above our competition,
19   we would make that decision to operate for that
20   reason, regardless of what it would cost in difference
21   in fuel.

22         Again, it would be -- it would be an intrinsic
23   reason, not an economic reason.  Right now we're
24   operating with the gas because it's economically
25   feasible.

is better as:

1       Maneen - Selmont

2       Q.    Uh-huh.  Okay.  Do you expect biomass fuel

3  prices to go down?

4       A.    I expect them -- should they go down, yes.

5  Will they go down, probably not.

6       Q.    Do you expect natural gas prices to increase?

7       A.    Yes.

8       Q.    In what timeframe?

9       A.    I guess if I could tell you, I probably

10 wouldn't be sitting here.  If you look at the natural

11 gas futures, as you go out, you have a market that

12 rises with history.  You know, the further you go out,

13 the higher the prices get.  There is a point on the

14 curve where you do get to be economical, but that

15 continually moves.

16          So again, I can't tell where the gas markets

17 are going to be in a year or two years.  If something

18 happens, for example, they ban hydrofracking in West

19 Virginia and Pennsylvania and Ohio, natural gas prices

20 would go to $20 a decatherm.  Certainly we would be

21 burning biomass all day.

22      Q.    Okay.

23      A.    But again, it's purely speculation in the

24 markets that I have no control over.

25      Q.    Has either GUSC or GUSC Energy entered into any

1       Maneen - Selmont
2   forwards or futures contracts for the price of either
3   natural gas or biomass fuel?
4       A.   GUSC Energy, no.  Griffiss Utility Services,
5   yes.
6       Q.   And what types of contracts did you enter into?
7       A.   I have a contract -- Griffiss Utilities has a
8   contract through -- I think it's through April of 2016
9   and that's at --
10      Q.   Is it a forward or a future?
11      A.   It's a future.
12      Q.   And what will happen if -- I'm sorry.  Future
13  on natural gas?
14      A.   Correct.
15      Q.   And what happens if -- do you know what the --
16  what the target price is, for lack of a better term?
17      A.   What Griffiss Utilities has now is the bases
18  locked up, which is the transportation-type scenario.
19  Then you just match the physical -- either hit the
20  price prior to expiration or you get the expiration
21  price.  Right now I didn't look at the numbers.  I
22  don't have my phone.  They took my phone.  I believe
23  it was in the high -- in the low two-dollar ranges, by
24  April, I think.  Again, as of yesterday was -- January
25  was 1.70.  As you went out, it kind of rose up.  I

1  Maneen - Selmont

2  think it got to April little over two, I believe.

3  Q. That's $2 a decatherm?

4  A. A decatherm.

5  Q. Is that the only future contract you entered

6  into -- GUSC has entered into?

7  A. Yes. Now we have -- Griffiss Utility Services

8  has electric contracts that are special contracts from

9  the State of New York called Recharge New York, which

10 is a fixed price, low price for a certain amount of

11 our quantities, so that would be equivalent to a

12 fixed-price contract, if everything else is market

13 based.

14 Q. Do you currently have a supplier for biomass

15 fuel?

16 A. We have a main supplier, and he subs to a bunch

17 of different folks.

18 Q. And who is that?

19 A. Kevin Regan. I think it's Regan Logging.

20     MR. SELMONT: Can we mark this as a new

21  exhibit.

22     (Whereupon, Exhibit No. 6 marked for

23     identification.)

24 Q. Do you know what this document is?

25 A. Yes, I do.

1    Maneen - Selmont

2  as the issue is resolved.

3        Q.   And that is an accurate statement?

4        A.   Yes.

5        Q.   I apologize.  So what actions are you currently

6  doing as of the last month?

7        A.   Wait for prices of wood chips to come down or

8  prices of gas to go up.

9        Q.   Are you -- is there anything else that you're

10 doing other than waiting for the prices to change?

11       A.   Not much less we can do.

12       Q.   Do you continue to search for alternative

13 sources of biomass fuel other than Mr. Regan?

14       A.   Yes.

15       Q.   Other than -- can you tell me more about those

16 activities that you're doing to search for other

17 biomass suppliers, wood chip suppliers?

18       A.   Phone around, get prices for wood chips and

19 availability in volumes.

20       Q.   And approximately how often does GUSC Energy do

21 that?

22       A.   Not sure exactly.

23       Q.   Is it a daily call, is it a weekly call?

24       A.   No.

25       Q.   Monthly call?

1       Maneen - Selmont

2       A.    Probably monthly.

3       Q.    Okay.

4       A.    Prices don't change. The wood chip business
5  prices haven't changed in a couple of years. They
6  probably won't change overnight, so you can probably
7  assume that the price of last month and last year are
8  very similar to what they are today.

9             If natural gas prices keep continuing to go
10 down, the distance between operational elements and
11 pricing conditions, considerations will remain the
12 case.

13      Q.    Have you run any analysis to make a
14 determination whether you believe gas prices are going
15 to be going down in the future -- I'm sorry, gas
16 prices are going to be going up in the future?

17      A.    Yes. We previously discussed that. Based on
18 futures prices, there is a time when natural gas
19 prices meet or exceed wood chip prices. I just can't
20 tell you what those prices are because they change
21 every ten minutes.

22      Q.    Do you have an -- as of today, is there a date
23 that you anticipate restarting the facility, the
24 biomass facility?

25      A.    No.

1  Maneen - Selmont
2
3          C E R T I F I C A T I O N
4
5          I, Anne M. Messineo, Registered Professional
6  Reporter and Notary Public in and for the State of New
7  York, DO HEREBY CERTIFY that I attended the foregoing
8  proceeding, took stenographic notes of the same, and
9  that the foregoing, consisting of 187 pages, is a true
10 and correct copy of the same and the whole thereof.
11         I further certify that the witness requests to
12 review said transcript;
13         I further certify that I am not an attorney or
14 counsel of any parties, nor a relative or employee of
15 any attorney or counsel connected with this action, nor
16 financially interested in same.
17
18                    _____
19                         Anne M. Messineo, RPR
20
21
22
23 DATED: January 4, 2015.
24
25