IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 14-1228 C

(Judge Thomas C. Wheeler)

GUSC ENERGY, INC.,

                              Plaintiff,

v.

THE UNITED STATES,

                              Defendant.

**DEFENDANT'S LIST OF EXHIBITS**

      Pursuant to the Court's Pretrial Order dated January 11, 2016, defendant, the United States of America, serves this list of exhibits that defendant expects to offer into evidence at trial. As indicated in the Court's order, defendant has attempted to avoid duplicating exhibits listed by plaintiff, and reserves the right to offer into evidence any exhibit listed on plaintiff's exhibit list. Defendant reserves the right to amend, supplement, or otherwise modify the attached list as necessary and for good cause. Pursuant to the Court's order, defendant reserves the right to offer into evidence additional exhibits not identified on the attached list for purposes of cross-examination or rebuttal. Additionally, defendant reserves the right to use demonstrative exhibits at trial.

      Pursuant to the Court's order, to the extent possible, the exhibits listed below have been numbered in chronological order, with the earliest dated exhibit first. Expert witness exhibits and summaries have been listed last.

Respectfully submitted,

May 20, 2016                  */s/ Jennifer D. Auchterlonie*
JENNIFER D. AUCHTERLONIE
Attorney of Record
COURTNEY M. HUTSON
JASON S. SELMONT
Trial Attorneys
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Tel: (202) 616-2901
Fax: (202) 514-9440
Jennifer.D.Auchterlonie@usdoj.gov

CAROLINE D. CIRAOLO
  Acting Assistant Attorney General
DAVID I. PINCUS
  Chief, Court of Federal Claims Section
G. ROBSON STEWART
  Assistant Chief, Court of Federal Claims Section

 */s/ G. Robson Stewart*
Of Counsel

13701266.1

| Exhibit # | Identification Range | Date | Title/Description |
|---|---|---|---|
| DX-1 | PLA000279 - 000448 | 11/11/2011 | Biomass Combined Heat and Power Project Feasibility Study (and appendices, exhibits, and descriptive specifications) |
| DX-2 | Exhibit 5 to Deposition of Michael W. Oswald | January, 2012 | U.S. Department of Energy, Steam Tip Sheet #20: Replace Pressure-Reducing Valves with Backpressure Turbogenerators |
| DX-3 | TREAS000205 - 000247 | 4/15/2014 | Summary of General Condition Costs and supporting documents |
| DX-4 | GEN002275-002278 | 6/13/2014 | Invoice & Supporting Documentation re: 2014 Steam and Electricity Billing |
| DX-5 | Exh. 6 to GUSC Energy Deposition | 3/11/2015 | Griffiss Utility Service Corporation, Board of Directors, Meeting Notes |
| DX-6 | USA-GUSC-000008 – 000011 | 4/5/2016 | Website: EIA – Mild Weather, ample natural gas supply curb Northeast winter power and natural gas prices |
| DX-7 | REGAN-0010 - 0011 | 4/12/2016 | Invoice dated 4/12/2016 from Kevin Regan Logging Ltd. |
| DX-8 | TREAS000333-000334 | undated | Request for Additional Information regarding TAN #2012E45BC064314 |
| DX-9 | TREAS000335 - 000348 | undated | GUSC Energy, Biomass Energy Production, Section 1603 Treasury Grant: Annual Report Summary |
| DX-10 | GEN 04894 - 04899 | undated | Application for 1603: Payments for Specified Renewable Energy Property in Lieu of Tax Credits (Property that has already been placed in service) |
| DX-11 | TREAS000455 – 000458 | undated | Section 1603 Terms and Conditions regarding TAN #2012E45BC064314 |
| DX-12 | Exh. 8 to GUSC Energy Deposition | undated | GUSC Energy, Inc.'s Annual Performance Report and Certification – Year 1 |

13701266.1

| DX-13 | Exh. 9 to GUSC Energy Deposition | undated | GUSC Energy, Inc.'s Annual Performance Report and Certification – Year 2 |
| DX-14 | GEN 06822 | undated | GUSC Energy Inc., Monthly Heating Report, April 2016 (through April 28, 2016) |
| DX-15 | REGAN-0012 - 0013 | various | Receipts of wood chip deliveries from Kevin Regan Logging Ltd. |
| DX-16 | REGAN-0014 - 0017 | various | Receipts of wood chip deliveries from Kevin Regan Logging Ltd. |
| DX-17 | n/a | 1/29/2016 | Expert Report of Trent Markell, P.E. (including appendices) |
| DX-18 | n/a | 2/9/2016 | Rebuttal to Plaintiff's Expert Report by Trent Markell, P.E. |

13701266.1